IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XODUS MEDICAL, INC., ALESSIO PIGAZZI )
and GLENN KEILAR, )
 )
      Plaintiffs, )
  v. )  2:17cv607
 )  Electronic Filing
THE SOULE CO., d/b/a Soule Medical, )
 )
      Defendant. )

## ORDER DECLINING ASSIGNMENT

IT IS HEREBY ORDERED, this 12th day of May, 2017, that, in accordance with Section 1(a)(1)(C) of Public Law 111-349, Pilot Program in Certain District Courts, the undersigned judge declines to accept assignment of this case.

                        s/ DAVID STEWART CERCONE
                        David Stewart Cercone
                        United States District Judge

cc:    Kent E. Baldauf, Jr., Esquire

      (*Via CM/ECF Electronic Mail*)